Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV -2 PM 12: 37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

MARLENE PUTTI

vs

UNITED STATES OF AMERICA

SUMMONS IN A CIVIL ACTION

Case No. 07CV2047JAH(AJB)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Julia E. Haus, Esq. (SBN 139130)
JULIA E. HAUS LAW FIRM
550 West "C" Street, Suite 620
San Diego, California 92101

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

NOV 0 2 2007

CLERK                                                DATE

(SEAL)

By _____, Deputy Clerk

Summons in a Civil Action                                          Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)