KAREN P. HEWITT
United States Attorney
DIANNE M. SCHWEINER
Assistant U.S. Attorney
California State Bar No. 188013
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5680
Facsimile:   (619) 557-5004
Email: dianne.schweiner@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| MARLENE PUTTI, | ) | Case No. 07cv2047 JAH (AJB) |
|---|---|---|
| Plaintiff, | ) ) ) | EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |
| vs. | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) ) | CTRM:   11 JUDGE:   Honorable John A. Houston |
| Defendant. | ) ) | |

      Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant requests that the Court grant additional time in which Defendant may file its answer or responsive pleading in the above-captioned matter.  Such an order is authorized under Federal Rule of Civil Procedure 6(b)(1), which provides discretionary authority to enlarge time "with or without motion or notice."  Authority to enlarge time naturally encompasses the power to designate the proper time for response to a complaint.

      Plaintiff complains in general terms of medical negligence on the part of the United States. Defendant's answer or responsive pleading is due on February 4, 2008.  See Fed.R.Civ.P. 12(a). Defense counsel is not yet in receipt of all of the documentation she needs from the defendant agency in order to properly determine whether a dispositive motion should be filed.  In order to adequately

evaluate Plaintiff's Complaint and to prepare a substantive answer or responsive pleading, Defendant requests that the Court extend the time in which Defendant may answer or file a responsive pleading by 60 days (until April 4, 2008).

Defendant has not previously requested an extension of time in this matter, and Defendant does not believe that the short proposed extension will cause any undue delay or prejudice to Plaintiff. Accordingly, Defendant respectfully requests that the Court extend the time for Defendant's filing of an answer or responsive pleading until April 4, 2008.

DATED:   February 4, 2008                    Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Dianne M. Schweiner
_____
DIANNE M. SCHWEINER
Assistant United States Attorney
Attorneys for Defendant
United States of America

1  KAREN P. HEWITT
   United States Attorney
2  DIANNE M. SCHWEINER
   Assistant U.S. Attorney
3  California State Bar No. 188013
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5680
   Facsimile:   (619) 557-5004
6  Email: dianne.schweiner@usdoj.gov

7  Attorneys for Defendant
   United States of America

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE PUTTI,                ) | Case No. 07cv2047 JAH (AJB) |
| ) | |
| Plaintiff,     ) | CERTIFICATE OF SERVICE |
| ) | |
| vs.                           ) | |
| ) | |
| ) | CTRM:   11 |
| UNITED STATES OF AMERICA,     ) | JUDGE:   Honorable John A. Houston |
| ) | |
| Defendant.     ) | |
| ) | |

IS HEREBY CERTIFIED THAT:

I, DIANNE M. SCHWEINER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the following documents:

EX PARTE APPLICATION FOR AN ORDER
EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

on the parties listed below by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties and/or their counsel in this case:

1 | Julia E. Haus, Esq.
2 | 550 West "C" Street, Suite 620
  | San Diego, CA 92101

3  I declare under penalty of perjury that the foregoing is true and correct.  Executed on
4  February 4, 2008.

5
6                                           s/ Dianne M. Schweiner
                                            DIANNE M. SCHWEINER