UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE PUTTI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 07cv2047 JAH (AJB)<br><br>ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>CTRM:　11<br>JUDGE:　Honorable John A. Houston |

Having considered Defendant's Ex Parte Application for an Order Extending Time to Respond to Plaintiff's Complaint, and finding the Application meritorious, the Court GRANTS Defendant's request and orders that Defendant shall have until April 4, 2008 to file an answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated:　February 4, 2008

_____
JOHN A. HOUSTON
United States District Judge