cal__sc__

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARLENE PUTTI, | ) | Civil No.07cv2047 JAH (AJB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING EARLY |
| | ) | NEUTRAL EVALUATION |
| UNITED STATES OF AMERICA, | ) | CONFERENCE |
| | ) | |
| Defendants. | ) | |

On May 14, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Julia Haus, Esq. on behalf of plaintiff; Dianne Schweiner, Esq. on behalf of defendant.

The case is not in a position for settlement at this time. Some discovery is required to help frame the issues and allow the parties to fully evaluate the case. The Court is advised that the plaintiff is now in hospice care and counsel will confer with regard to plaintiff's health and its impact on future scheduling and proceedings.

Counsel will hold their Rule 26(f) conference by June 6, 2008. Discovery may start following that conference. The Court is waiving the requirement for counsel to submit a joint discovery plan and will hold on setting a date for initial disclosures at this time. Counsel certainly may agree to a date as a result of their 26(f) conference.

///

///

///

1     The Court will hold a telephonic Case Management Conference on *June 30, 2008 at 11:00 a.m.*
Plaintiff's counsel will initiate the conference call. At that time, the Court will assess the status of
ongoing activity in the case, settlement readiness and will set further dates as appropriate at that time.

    IT IS SO ORDERED.

DATED: May 14, 2008

                                         */s/ Battaglia*
                                        Hon. Anthony J. Battaglia
                                        U.S. Magistrate Judge
                                        United States District Court