cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE PUTTI, ) | Civil No.07cv2047 JAH (AJB) |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOLLOWING CASE |
| ) | MANAGEMENT CONFERENCE |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

On June 30, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Julia Haus, Esq. on behalf of plaintiff; Dianne Schweiner, Esq. on behalf of defendant.

Plaintiff's counsel reports that Ms. Putti has passed away. Ms. Putti's son is likely to proceed with a wrongful death action and, as executor of the estate, will likely pursue the economic loss which will survive in the current case. The wrongful death action will require a claim process first. Plaintiff's counsel will consider how they would like to proceed and advise the Court and the defense at a telephonic Case Management Conference set for *August 11, 2008 at 9:00 a.m.* Plaintiff's counsel will initiate the conference call at that time.

IT IS SO ORDERED.

DATED: July 1, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28