cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARLENE PUTTI, | ) | Civil No.07cv2047 JAH (AJB) |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING CASE |
| | ) | MANAGEMENT CONFERENCE |
| UNITED STATES OF AMERICA, | ) | |
| Defendants. | ) | |

On August 11, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Julie Haus, Esq. on behalf of plaintiff and Dianne Schweiner, Esq. on behalf of defendant.

Plaintiff's counsel reports that the government claim for the wrongful death matter has been filed. It was filed late July and will take six months to be processed before an amended complaint or other appropriate pleading is filed to bring this case at issue. In the interim, the matter is at a standstill, except to the extent that counsel continue to informally cooperate.

The Court sets another telephonic Case Management Conference for *February 11, 2009 at 9:00 a.m.* Plaintiff's counsel will initiate the call at that time.

IT IS SO ORDERED.

DATED: August 11, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28